ORIGINAL

RECEIVED
06 DEC 29 AM 10: 49
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

UNITED STATES  DISTRICT COURT

Northern District of California

RUTH ELLEN KRUGER, and DANIEL
RONALD KRUGER, husband and wife,
(SEE ATTACHMENT A)

                    Plaintiff(s),

        v.

UNITED AIR LINES, INC., an Illinois
Corporation, and UAL CORPORATION,
(SEE ATTACHMENT A)

                    Defendant(s).
_____/

CASE NO.  C 06-4907 MPH

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

FILED

JAN - 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kevin Coluccio                               , an active member in good standing of the bar of

Western District of Washington              whose business address and telephone number

(particular court to which applicant is admitted)

is

Stritmatter Kessler Whelan Coluccio
200 Second Avenue W., Seattle, WA 98119
Telephone: (206) 448-1777                                                              ,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing the Plaintiffs                              .

        IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:  1/5/07

_____
Marilyn Hall Patel
United States District     Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

## **ATTACHMENT A**

RUTH ELLEN KRUGER, and DANIEL RONALD KRUGER, husband and wife, and the marital community composed thereof,

Plaintiffs,

vs.

UNITED AIR LINES, INC., an Illinois Corporation, and UAL CORPORATION, an Illinois Corporation, XIAOYAN WEI, an individual, YAPING HUANG, an individual, and YUYING HUANG, an individual,

Defendants.

1    **PROOF OF SERVICE**

2    **STATE OF CALIFORNIA      )**
                                )
3    **COUNTY OF LOS ANGELES)**

4        I, the undersigned, declare:

5        I am employed in the County of Los Angeles, State of California.  I am over the age of 18

6    and not a party to the within action; my business address is 707 Wilshire Boulevard, Suite 5070,

7    Los Angeles, California 90017

8        On December 28, 2006, I served the foregoing document described as follows:

9    **(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF
     ATTORNEY *PRO HAC VICE***
10   on the interested parties in this action by placing true copies thereof enclosed in sealed

11   envelopes addressed as stated on the attached service list, as

12   _x_   BY MAIL:
     I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.
13   Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage
     thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on
14   motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is
     more than one day after date of deposit for mailing in affidavit.
15
     _____   BY PERSONAL SERVICE:
16   I caused such envelope to be delivered by hand to the offices of the addressee(s) noted below.

17   _____   BY FEDERAL EXPRESS OR OVERNIGHT COURIER

18   _____   BY ELECTRONIC MAIL:
     I caused said documents to be transmitted by electronic mail to the e-mail address(es) noted below:
19
     _____   BY TELECOPIER:
20   I caused said documents to be transmitted by facsimile at the numbers listed below:

21   _x_   (State)  I declare under penalty of perjury under the laws of the State of California that the
             above is true and correct.
22
     _____   (Federal)  I declare that I am employed in the office of a member of the bar of this Court
23   at whose direction the service was made.

24
         Executed on December 28, 2006, at Los Angeles, California.
25

26   _____Wendy Kurtz_____                                          _____
             (Type of Print Name)                                            (Signature)
27

28

1

<u>SERVICE LIST</u>
*Kruger v. United Air Lines, et al.*

2                    **Case No. RG06284279**

3   Richard G. Grotch, Esq.
    Coddington, Hicks & Danforth
4   555 Twin Dolphin Drive, Suite 300
    Redwood City, CA 94065-2133
5   Telephone: (650) 592-5400
    Facsimile: (650)592-5027

6
    *Attorneys for Defendants United Air Lines, Inc.*
7   *and UAL Corporation*

8   XIAOYAN WEI
    41075 Corriea Court
9   Fremont, CA 94539

10  *Defendant*

11  YAPING HUANG
    41075 Corriea Court
12  Fremont, CA 94539

13  *Defendant*

14  YUYING HUANG
    41075 Corriea Court
15  Fremont, CA 94539

16  *Defendant*

17  Kevin Coluccio
    Alisa R. Brodkowitz
18  **STRITMATTER KESSLER WHELAN
    WITHEY COLUCCIO**
19  200 Second Avenue West
    Seattle, WA 92119
20  Telephone: (206) 448-1777
    Facsimile: (206) 728-2131

21
    *Attorneys for Plaintiffs*
22
    Stuart R. Fraenkel, Esq.
23  **KREINDLER & KREINDLER LLP**
    707 Wilshire Blvd, Suite 5070
24  Los Angeles, California 90017
    Telephone: (213) 622-6469
25  Facsimile: (213) 622-6019

26  *Attorneys for Plaintiffs*

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RUTH ELLEN KRUGER et al,

Plaintiff,

v.

UNITED AIR LINES INC et al,

Defendant.

Case Number: CV06-04907 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 9, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alisa R. Brodkowitz
Stritmatter Kessler Whelan Withey Coluccio
200 Second Avenue West
Seattle&#096;, WA 98119-4204

Kevin Coluccio
Stritmatter Kessler Whelan Withey Coluccio
200 Second Avenue West
Seattle, WA 98119-4204

Dated: January 9, 2007

Richard W. Wieking, Clerk
Bŷ: Edward Butler, Deputy Clerk