ORIGINAL

# UNITED STATES DISTRICT COURT
## Northern District of California

RUTH ELLEN KRUGER, and DANIEL
RONALD KRUGER, husband and wife,
(SEE ATTACHMENT A)

        Plaintiff(s),

v.

UNITED AIR LINES, INC., an Illinois
Corporation, and UAL CORPORATION,
(SEE ATTACHMENT A)

        Defendant(s).

CASE NO. C 06-4907 MPH

(~~Proposed~~)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE

FILED

JAN - 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Alisa R. Brodkowitz , an active member in good standing of the bar of Western District of Washington whose business address and telephone number (particular court to which applicant is admitted) is

Stritmatter Kessler Whelan Coluccio
200 Second Avenue W., Seattle, WA 98119
Telephone: (206) 448-1777

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Plaintiffs

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1/5/07

Marilyn Hall Patel
United States District Judge

## ATTACHMENT A

RUTH ELLEN KRUGER, and DANIEL RONALD KRUGER, husband and wife, and the marital community composed thereof,

   Plaintiffs,

vs.

UNITED AIR LINES, INC., an Illinois Corporation, and UAL CORPORATION, an Illinois Corporation, XIAOYAN WEI, an individual, YAPING HUANG, an individual, and YUYING HUANG, an individual,

   Defendants.

**PROOF OF SERVICE**

**STATE OF CALIFORNIA** )
)
**COUNTY OF LOS ANGELES**)

I, the undersigned, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 707 Wilshire Boulevard, Suite 5070, Los Angeles, California 90017

On December 28, 2006, I served the foregoing document described as follows:

**(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list, as

__x__  BY MAIL:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____  BY PERSONAL SERVICE:
I caused such envelope to be delivered by hand to the offices of the addressee(s) noted below.

_____  BY FEDERAL EXPRESS OR OVERNIGHT COURIER

_____  BY ELECTRONIC MAIL:
I caused said documents to be transmitted by electronic mail to the e-mail address(es) noted below:

_____  BY TELECOPIER:
I caused said documents to be transmitted by facsimile at the numbers listed below:

__x__  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____  (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 28, 2006, at Los Angeles, California.

_____Wendy Kurtz_____           _/s/ Wendy Kurtz_____
(Type of Print Name)                              (Signature)

SERVICE LIST
*Kruger v. United Air Lines, et al.*
**Case No. RG06284279**

Richard G. Grotch, Esq.
Coddington, Hicks & Danforth
555 Twin Dolphin Drive, Suite 300
Redwood City, CA 94065-2133
Telephone: (650) 592-5400
Facsimile: (650)592-5027

*Attorneys for Defendants United Air Lines, Inc. and UAL Corporation*

XIAOYAN WEI
41075 Corriea Court
Fremont, CA 94539

*Defendant*

YAPING HUANG
41075 Corriea Court
Fremont, CA 94539

*Defendant*

YUYING HUANG
41075 Corriea Court
Fremont, CA 94539

*Defendant*

Kevin Coluccio
Alisa R. Brodkowitz
**STRITMATTER KESSLER WHELAN WITHEY COLUCCIO**
200 Second Avenue West
Seattle, WA 92119
Telephone: (206) 448-1777
Facsimile: (206) 728-2131

*Attorneys for Plaintiffs*

Stuart R. Fraenkel, Esq.
**KREINDLER & KREINDLER LLP**
707 Wilshire Blvd, Suite 5070
Los Angeles, California 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH ELLEN KRUGER et al, | Case Number: CV06-04907 MHP |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| UNITED AIR LINES INC et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 9, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alisa R. Brodkowitz
Stritmatter Kessler Whelan Withey Coluccio
200 Second Avenue West
Seattle&#096;, WA 98119-4204

Kevin Coluccio
Stritmatter Kessler Whelan Withey Coluccio
200 Second Avenue West
Seattle, WA 98119-4204

Dated: January 9, 2007

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk