UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH ELLEN KRUGER and DONALD RONALD KRUGER,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>UNITED AIR LINES, INC., et al.,<br><br>　　　　Defendant(s). | No. C06-4907 MHP (BZ)<br><br>**ORDER** |

　　　Following a telephone conference at which both sides were represented by counsel, **IT IS ORDERED** as follows:

　　　1.　Plaintiff shall make a settlement demand in writing by no later than **April 13, 2007**.

　　　2.　Defendant shall respond in writing by no later than **April 23, 2007**.

　　　3.　A further telephone conference is scheduled for **Wednesday, May 2, 2007 at 4:00 p.m.** to discuss the progress of the negotiations.  Counsel for plaintiff shall get counsel for

1

defendant on the line and contact chambers at **415-522-4093**.

Dated: April 2, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

g:/bzall/-refs/refs.07/krueger.further.tel.conf.ord.wpd