STUART R. FRAENKEL (State Bar #173991)
**KREINDLER & KREINDLER LLP**
707 Wilshire Boulevard, Suite 5070
Los Angeles, CA 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019

Kevin Coluccio
Alisa R. Brodkowitz
**STRITMATTER, KESSLER, WHELAN, COLUCCIO**
200 Second Avenue West
Seattle, WA 92119
Telephone: (206) 448-1777
Facsimile: (206) 728-2131

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUTH ELLEN KRUEGER, and DANIEL RONALD KRUEGER, husband and wife, and the marital community composed thereof,<br><br>      Plaintiffs,<br>vs.<br><br>UNITED AIR LINES, INC., an Illinois Corporation, and UAL CORPORATION, an Illinois Corporation, XIAOYAN WEI, an individual, YAPING HUANG, an individual, and YUYING HUANG, an individual,<br><br>      Defendants. | Case No. C 06-4907 ~~MPH~~ MHP<br><br>**STIPULATION FOR ORDER CONTINUING MANDATORY SETTLEMENT CONFERENCE;** ~~[PROPOSED ORDER];~~ |

IT IS HEREBY STIPULATED by and between the plaintiffs RUTH ELLEN KRUEGER and DANIEL RONALD KRUEGER and defendants UNITED AIR LINES, INC. and UAL CORPORATION, by and through their respective counsel, as follows:

1.

**STIPULATION FOR ORDER CONTINUING MANDATORY SETTLEMENT CONFERENCE**
KKDOCS-203187-v1-Stipulation_to_Continue_MSC1.wpd

| | |
|---|---|
| 1 | WHEREAS the Honorable Marilyn H. Patel has ordered the parties to conduct limited |
| 2 | discovery and to engage in a Settlement Conference to take place no later than June 15, 2007 |
| 3 | before the Honorable Bernard Zimmerman; and |
| 4 | WHEREAS the parties have engaged in limited discovery (Both plaintiffs were deposed, |
| 5 | plaintiff Ruth Krueger submitted to independent medical examinations, plaintiffs took five |
| 6 | depositions of United Airlines employees, and defendants served numerous subpoenas and letters |
| 7 | with HIPPA authorizations for medical records); and |
| 8 | WHEREAS the parties complied with the Honorable Bernard Zimmerman's order to |
| 9 | submit letters to the parties and to His Honor outlining the parties demands/offers and positions in |
| 10 | the case, and |
| 11 | WHEREAS defendants have informed plaintiffs and the Honorable Bernard Zimmerman |
| 12 | that they will be filing a Motion for Partial Summary Judgment contending that the Montreal |
| 13 | Convention is not applicable and the case must be governed by State Common law principles; and |
| 14 | WHEREAS defendants have advised that the Motion for Partial Summary Judgment will |
| 15 | be filed and set for hearing on July 9, 2007; and |
| 16 | WHEREAS the parties feel that some additional discovery is necessary to ensure that the |
| 17 | Mandatory Settlement Conference is productive; and |
| 18 | WHEREAS the additional discovery would consist of continuing to collect medical records |
| 19 | which are located in Australia, depositions of treating health care providers, depositions of |
| 20 | witnesses who may know the whereabouts of the defaulted defendants, and possibly depositions of |
| 21 | other liability and/or damages witnesses; and |
| 22 | WHEREAS plaintiffs and defendants have participated in two telephone conference calls |
| 23 | with the Honorable Bernard Zimmerman in relation to the Settlement Conference, currently |
| 24 | scheduled for May 29, 2007; and |

WHEREAS the parties and the Honorable Bernard Zimmerman believe that a Settlement Conference would be more beneficial after the Motion for Partial Summary Judgment is heard and ruled upon and after some additional discovery is conducted; and

WHEREAS the Honorable Bernard Zimmerman has tentatively scheduled a Mandatory Settlement Conference for August 23, 2007, assuming that the Honorable Marilyn H. Patel signs an Order continuing the Mandatory Settlement Conference cut-off date; and

WHEREAS a Joint Supplemental Case Management Statement is due on June 18, 2007; and

WHEREAS a further case management conference is set for June 25, 2007; and

WHEREAS the parties believe that setting the further case management conference for July 9, 2007, the same date that the defendants Motion for Partial Summary Judgment will be heard, would serve the interests of judicial economy;

IT IS HEREBY STIPULATED that this Court be requested to issue the following orders:

1. Defendants UNITED AIR LINES, INC. and UAL CORPORATION to file their Motion for Partial Summary Judgment to be heard on July 9, 2007; at 2:00 pm

2. Case Management Conference is scheduled for July 9, 2007; at 2:00 pm.

3. Parties are to participate in an early settlement conference before the Honorable Bernard Zimmerman on August 23, 3007; and

4. Parties are entitled to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Northern District's Local Rules.

SO STIPULATED.

Dated: May 3, 2007

Respectfully submitted,

KREINDLER & KREINDLER LLP

By: _____
STUART R. FRAENKEL
*Attorney for Plaintiffs*

3.

**STIPULATION FOR ORDER CONTINUING MANDATORY SETTLEMENT CONFERENCE**
KKDOCS-203187-v1-Stipulation_to_Continue_MSC1.wpd

1  Dated: May 3, 2007                    CODDINGTON, HICKS & DANFORTH

                                         By: _____
                                              RICHARD G. GROTCH (PEC)
                                              RACHEL E. CARR
                                         *Attorneys for Defendants* UNITED AIR LINES,
                                         INC. and UAL CORPORATION

7  **IT IS SO ORDERED.**

9        5/9/2007                        IT IS SO ORDERED
                                         _____
                                         Judge Marilyn H. Patel