```
 1
 2
 3
 4
 5
 6
 7
 8
 9                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
12
   RUTH ELLEN KRUGER and DONALD )
13 RONALD KRUGER,                )
                                 )      No. C06-4907 MHP (BZ)
14          Plaintiff(s),        )
                                 )
15      v.                       )      ORDER CONTINUING SETTLEMENT
                                 )      CONFERENCE
16                               )
   UNITED AIR LINES, INC., et    )
17 al.,                          )
                                 )
18          Defendant(s).        )
                                 )
19 _____)
```

Pursuant to the stipulation of the parties, and with the concurrence of Judge Patel, **IT IS HEREBY ORDERED** that the settlement conference scheduled for August 23, 2007 is **CONTINUED** to **December 11, 2007 at 9:00 a.m.** The previously issued Settlement Conference Order remains in effect. To the extent that there is a pending request to excuse the plaintiffs' personal attendance, it is **DENIED**. Defendant is reminded that it must be represented by a person with full settlement

///

1

authority as that term is defined in the Settlement Conference Order.

Dated: August 17, 2007

                                     　　　　　Bernard Zimmerman
                                     　　　United States Magistrate Judge

g:\bzall\-refs\refs.07\kruger.resched2.wpd