UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUTH ELLEN KRUGER, et al.,

          Plaintiff(s),          No. C-06-4907 MHP

  v.

                                        **JUDGMENT**

UNITED AIR LINES INC., et al.,

          Defendant(s).
_____/

      The Court having dismissed the claims made pursuant to the Montreal Convention and having previously dismissed the state law ("common law") claims which were then reasserted in the amended complaint, and in the meantime plaintiff having filed an action in the state court asserting these same state law ("common law") claims which action is currently pending in the state court,

      IT IS HEREBY ORDERED and ADJUDGED that the Montreal Convention claim is DISMISSED with prejudice and the state law ("common law") claims are dismissed without prejudice to the pending state court action.

Dated: September 30, 2008

_____
MARILYN HALL PATEL
United States District Court Judge
Northern District of California