| | |
|---|---|
| 1 | Stuart R. Fraenkel (CA SBN 173991)<br>John J. Veth (CA SBN 132097)<br>**KREINDLER & KREINDLER LLP**<br>707 Wilshire Boulevard, Suite 4100<br>Los Angeles, CA 90017<br>Telephone: (213) 622-6469; Facsimile: (213) 622-6019 |
| 2 | |
| 3 | |
| 4 | |
| 5 | Kevin Coluccio<br>**STRITMATTER KESSLER WHELAN WITHEY COLUCCIO**<br>200 Second Avenue West<br>Seattle, WA 92119<br>Telephone: (206) 448-1777; Facsimile: (206) 728-2131 |
| 6 | |
| 7 | *Attorneys for Plaintiffs* |
| 8 | |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | RUTH ELLEN KRUEGER, and<br>DANIEL RONALD KRUEGER,<br>husband and wife, and the marital<br>community composed thereof, | ) CASE NO.: C 06-4907 MHP<br>)<br>)<br>) |
| 12 | | |
| 13 | | ) [~~PROPOSED~~] **ORDER RE:**<br>) **MOTION FOR REVIEW OF**<br>) **CLERK'S TAXATION OF**<br>) **COSTS** |
| 14 | Plaintiffs,<br>vs. | |
| 15 | UNITED AIR LINES, INC., an Illinois<br>Corporation, and UAL<br>CORPORATION, an Illinois<br>Corporation, XIAOYAN WEI, an<br>individual, YAPING HUANG, an<br>individual, and YUYING HUANG, an<br>individual, | )<br>) ~~Date:~~ ~~February 2, 2009~~<br>) ~~Time:~~ ~~2:00 p.m.~~<br>) ~~Courtroom: 15 - 18th Floor~~<br>)<br>) **Honorable Marilyn Hall Patel** |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | Defendants. | |

The Court has reviewed to strike certain costs ~~Based upon~~ Plaintiffs' Motion ~~and for good cause shown, the Court hereby strikes all costs~~ requested by defendants UNITED AIR LINES, INC., and UAL CORPORATION, pursuant to 28 U.S.C. sections 1920 and 1924. Having reviewed the motion and the costs allowed, the Court finds that the costs for transcripts are

IT IS SO ORDERED: allowable and costs in the amount
January 9, 2009 of $1,796.05 are awarded.

Date: 1/9/09

Honorable Marilyn Hall Patel
United States District Court Judge

1

235973.WPD

**[PROPOSED] ORDER RE: MOTION FOR REVIEW**
**OF CLERK'S TAXATION OF COSTS**

*Krueger, et al. v. United Air Lines, Inc., et al.*
Case No. C 06-4907 MHP

# UNITED STATES DISTRICT COURT
для the

Northern District of California

Ruth Ellen Kruger, et al., plaintiffs )
)
v. ) Case No.: C 06-4907 MHP (BZ)
)
United Air Lines, Inc., et al., defendants )
)

## Bill of Costs

Judgment having been entered in the above entitled action  09/30/2008  against  plaintiffs ,
                                                              Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ............................................... | $ _____ |
| Fees for service of summons and subpoena ............................ | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1796.05 ~~2,434.50~~ |
| Fees and disbursements for printing ................................. | _____ |
| Fees for witnesses (itemize on page two) ............................. | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............ | _____ |
| Docket fees under 28 U.S.C. 1923 .................................. | _____ |
| Costs as shown on Mandate of Court of Appeals ....................... | _____ |
| Compensation of court-appointed experts ............................. | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs (please itemize) ........................................ | ~~2,777.50~~ |
| TOTAL $ | ~~5,212.00~~ |
| | 1796.05 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑  Electronic service by e-mail as set forth below and/or.

☐  Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:  /s/ Richard G. Grotch

Name of Attorney:  Richard G. Grotch, Coddington, Hicks & Danforth, APC

For: United Air Lines, Inc. and UAL Corporation                      Date:  10/14/2008
           Name of Claiming Party

Costs are taxed in the amount of $1,796.05   and included in the judgment.

RICHARD W. WIEKING                  By: /s/ [signature]                   11/5/08
Clerk of Court                              Deputy Clerk                       Date
                                      ANTHONY W. BOWSER

A100

AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## ATTACHMENT 1 TO BILL OF COSTS

Defendants UNITED AIR LINES, INC. and UAL CORPORATION (hereinafter referred to collectively as "United") respectfully submit the following itemization in support of their bill of costs pursuant to the Judgment of this Court entered on September 30, 2008. It should be noted that United is not seeking to have costs taxed for all depositions taken in the case, all fees incurred, interpreter costs, and the like; rather, United is seeking to have taxed only those deposition costs which relate to its successful motion for judgment which culminated in the entry of Judgment (Doc. 102). These costs are enumerated as follows:

1. Deposition of Ruth Ellen Krueger .......................... $~~1,099.00~~ 874.00
2. Deposition of Daniel Ronald Krueger .......................... $~~666.60~~ 441.60
3. Deposition of Teresa Hartwig .......................... $~~294.00~~ 180.55
4. Deposition of Lisa Mueller .......................... $~~374.90~~ 299.90
5. Videotape of Ms. Krueger's deposition .......................... $1,732.50
6. Videotape of Mr. Krueger's deposition .......................... $~~1,045.00~~

TOTAL .......................... $~~5,212.00~~

This Court has concluded that both the costs of a written deposition transcript and the costs of deposition videotapes are allowable under Civil L.R. 54-3(c)(1). *Granite Rock Co. v. Teamsters Local 287 Int'l.,* 2008 WL 2697167 (N.D. Cal. 2008).

# Obujen & McCutcheon

Tax ID #20-1427090

1733 Woodside Road, Suite 370
Redwood City  CA  94061
(650) 326-9920

# Invoice

Invoice #: 1457
Invoice Date: 3/20/2007
Due Date: 3/20/2007

**Bill To:**
Coddington, Hicks & Danforth
555 Twin Dolphin Dr., Suite 300
Redwood City, CA  94065
Attn: Richard G. Grotch, Esq.

PAID
APR 0 5 2007
$1,099.00
Check #013106  Acct # *[illegible]*

FAX # (650)592-5708

**Case:** Krueger v. United Airlines R. KRUEGER

**Date Taken:** 3/5/2007

| Description | Amount |
|---|---|
| O & 1 Reg - Deposition of: Ruth Ellen Krueger | 874.00 |
| Notary service | ~~30.00~~ |
| Reporter appearance - full day | ~~160.00~~ |
| Condensed & ASCII | ~~20.00~~ |
| Shipping | ~~15.00~~ |

Please make checks payable to: Obujen & McCutcheon

**Total**  $1,099.00

**Payments/Credits** $-1,099.00

**Balance Due**  $0.00

(650) 326-9920      Fax: (650) 326-6211      obreporter@aol.com

# Obujen & McCutcheon
Tax ID #20-1427090

1733 Woodside Road, Suite 370
Redwood City CA 94061
(650) 326-9920

# Invoice

Invoice #: 1458
Invoice Date: 3/20/2007
Due Date: 3/20/2007

**Bill To:**
Coddington, Hicks & Danforth
555 Twin Dolphin Dr., Suite 300
Redwood City, CA 94065
Attn: Richard Grotch, Esq.


APR 0 5 2007
$ 666.00
Check #013106  Acct. # Jen

**Case:** Krueger v. United Air Lines D. KRUEGER

**Date Taken:** 3/6/2007

| Description | Amount |
| --- | --- |
| O & 1 Reg - Deposition of: Daniel Ronald Krueger | 441.60 |
| Notary service | ~~30.00~~ |
| Reporter appearance - full day | ~~160.00~~ |
| Condensed & ASCII | ~~20.00~~ |
| Shipping | ~~15.00~~ |

Please make checks payable to: Obujen & McCutcheon

| | |
| --- | --- |
| **Total** | $666.60 |
| **Payments/Credits** | $-666.60 |
| **Balance Due** | $0.00 |

(650) 326-9920         Fax: (650) 326-6211         obreporter@aol.com

270978

# LEGALINK, INC. 
## MERRILL LEGAL SOLUTIONS
20750 Ventura Boulevard, Suite 205  Phone: (818) 593-2300
Woodland Hills, CA 91364  Fax: (818) 593-2301

CODDINGTON
HICKS & DANFORTH

JUL 23 2007

CAL
INIT

Richard G Grotch
Coddington, Hicks & Danforth
555 Twin Dolphin Drive Suite 300
3rd Floor
Redwood City, CA 94065

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17081496 | 07/16/2007 | 1705-249039 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 06/28/2007 | LCH | C06-4607MHP |

**CASE CAPTION**

Ruth Ellen Kruger vs. United Air Lines, Inc.

**TERMS**

Immediate, sold Merrill FOB facility

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Teresa Hartwig                         58 Pages @     2.30/Page     133.40
       Two-Day Expedite                                                   ~~48.45~~
       EXHIBITS                              13 Pages @     .55/Page       7.15
       TotalTranscript                                                      40.00
       Production and Code Comp                                   ~~45.00~~
       Process/Delivery                                                    ~~20.00~~

                                                     **TOTAL DUE >>>>**     ~~294.00~~

                                       AFTER 8/15/2007 PAY     ~~323.40~~

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.

Chicago, IL

                                                                                   180.55

---

TAX ID NO.: 20-2665382                                                                 (415) 592-5400

*Please detach bottom portion and return with payment.*

---

Richard G Grotch
Coddington, Hicks & Danforth
555 Twin Dolphin Drive Suite 300
3rd Floor
Redwood City, CA 94065

Invoice No.: 17081496
Date       : 07/16/2007
**TOTAL DUE**   :      294.00
AFTER 8/15/2007 PAY : 323.40

Job No.     : 1705-249039
Case No.    : C06-4607MHP
Ruth Ellen Kruger vs. United Air Lin

Remit To:    **LegaLink, Inc.**
             **File 70206**
             **Los Angeles, CA 90074-0206**

**COAST COURT REPORTERS**
18818 Teller Avenue, Suite 140
Irvine, CA 92612
(949) 250-1230   Fax (949) 250-1255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1133 *** | 07/02/2007 | 01-1261 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 06/29/2007 | DURAMO | C 06-4907 MH |

**CASE CAPTION**

Krueger v. United Airlines

**TERMS**

C.O.D.

Richard G. Grotch, Esq.
Coddington, Hicks & Danforth
555 Twin Dolphin Dr., Ste. 300
Redwood City, CA 94065

---

1. CERTIFIED COPY OF TRANSCRIPT OF:
   Lisa Mueller                                    264.90
        E-Transcript                                35.00
        Shipping/Administration                     ~~75.00~~

                    TOTAL  DUE  >>>>           $374.90

                    ck  013426

                                                 $299.90

D NO.: 05-0594673                    (650) 592-5400    Fax (650) 592-5027

*Please detach bottom portion and return with payment.*

chard G. Grotch, Esq.
ddington, Hicks & Danforth
5 Twin Dolphin Dr., Ste. 300
dwood City, CA 94065

Invoice No.:  1133 ***
Date       :  07/02/2007
TOTAL DUE  :     374.90

Job No.   :  01-1261
Case No.  :  C 06-4907 MHP
Krueger v. United Airlines

o:   **COAST COURT REPORTERS**
     18818 Teller Avenue, Suite 140
     Irvine, CA 92612

# LEGALINK, INC.
## MERRILL LEGAL SOLUTIONS
135 Main Street, 4th Floor
San Francisco, CA 94105
Phone: (415) 357-4300
Fax: (415) 357-4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20062915 | 04/06/2007 | 2002-392873 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/06/2007 | HOPPTE | |

**CASE CAPTION**

Krueger vs. United Airlines

**TERMS**

Immediate, sold FOB Merrill facility

Richard G. Grotch
Coddington, Hicks & Danforth
555 Twin Dolphin Drive
Ste. 300
Redwood City, CA 94065

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   Daniel R. Krueger (Vol. 1)
      ATTENDANCE             5.00 Hours                       675.00
      Tape Original DV      2.00 Tapes @    35.00/Tape     70.00
      Legalink Viewer       3.00 Hours @    95.00/Hour    285.00
      Shipping & Handling                                        15.00

                     TOTAL   DUE  >>>               1,045.00
                     AFTER 5/6/2007 PAY     1,097.25

Please note, our Court Reporting, Video, and Trial Dept. in San Francisco are now conveniently located at the same office:

Merrill Legal Solutions
575 Market Street, 11th Floor
San Francisco, CA 94105

TAX ID NO.: 20-2665382

(650) 592-5400   Fax (650) 592-5027

*Please detach bottom portion and return with payment.*

Richard G. Grotch
Coddington, Hicks & Danforth
555 Twin Dolphin Drive
Ste. 300
Redwood City, CA 94065

Invoice No.: 20062915
Date      : 04/06/2007
TOTAL DUE : 1,045.00
AFTER 5/6/2007 PAY : 1,097.25

Job No.  : 2002-392873
Case No. :
Krueger vs. United Airlines

Remit To:   LegaLink, Inc.
              File 70206
              Los Angeles, CA 90074-0206

# LEGALINK, INC.
## MERRILL LEGAL SOLUTIONS
135 Main Street, 4th Floor    Phone: (415) 357-4300
San Francisco, CA 94105    Fax: (415) 357-4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20062911 | 04/06/2007 | 2002-392871 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/05/2007 | MURRPA | |

**CASE CAPTION**

Krueger vs. United Airlines

**TERMS**

Immediate, sold FOB Merrill facility

Richard G. Grotch
Coddington, Hicks & Danforth
555 Twin Dolphin Drive
Ste. 300
Redwood City, CA 94065

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Ruth E. Krueger (Vol. 1)
         ATTENDANCE                 7.50 Hours                           912.50
         Tape Original DV         4.00 Tapes @      35.00/Tape     140.00
         Legalink Viewer          7.00 Hours @      95.00/Hour     665.00
         Shipping & Handling                                            15.00

                                        TOTAL    DUE    >>>>      1,732.50

                                        AFTER 5/6/2007 PAY     1,819.13

Please note, our Court Reporting, Video, and Trial Dept. in San Francisco are now
conveniently located at the same office:

Merrill Legal Solutions
575 Market Street, 11th Floor
San Francisco, CA 94105

FAX ID NO.: 20-2665382                                                   (650) 592-5400     Fax (650) 592-5027

*Please detach bottom portion and return with payment.*

---

Richard G. Grotch
Coddington, Hicks & Danforth
555 Twin Dolphin Drive
Ste. 300
Redwood City, CA 94065

                               Invoice No.:   20062911
                               Date         :   04/06/2007
                               **TOTAL DUE**   :    1,732.50
                               AFTER 5/6/2007 PAY : 1,819.13

                               Job No.      :   2002-392871
                               Case No.     :
                               Krueger vs. United Airlines

Remit To:    LegaLink, Inc.
              File 70206
              Los Angeles, CA 90074-0206